KAREN L. LOEFFLER
United States Attorney

Richard L. Pomeroy
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov


Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEONARD SARJA, | Case No. 3:08-cv-00217-JWS |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties have reached a settlement of this case. A settlement agreement needs to be finalized and signed, then a request for payment of the settlement needs to be transmitted to the Treasury Department. The undersigned is hopefully this might be accomplished within the next 60 days.

Accordingly, the undersigned proposes that a further status report or a stipulation to dismiss be filed on or before June 27, 2011.

RESPECTFULLY SUBMITTED on this 25th day of April, 2011, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3379
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2011
a copy of the foregoing was served
via electronic notice on:

Jason Skala

s/ Richard L. Pomeroy

Sarja v. USA
Case No. 3:08-cv-00217-JWS    2