KAREN L. LOEFFLER
United States Attorney

Richard L. Pomeroy
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEONARD SARJA, | ) | Case No. 3:08-cv-00217-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO DISMISS** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, through counsel, stipulate that this action is dismissed with prejudice, each party bearing its own costs, fees and expenses.

RESPECTFULLY SUBMITTED on June 30, 2011, in Anchorage, Alaska.

                KAREN L. LOEFFLER
                United States Attorney

                s/Richard L. Pomeroy
                Assistant U.S. Attorney

LAW OFFICES OF JASON SKALA

s/ Jason E. Skala (consent)
1015 7th Ave.
Anchorage, AK 99501
Phone: (907) 694-6633
Fax: (907) 694-6001
Email: jayskala@hotmail.com
AK# 0105031
Attorney for Plaintiff

**CERTIFICATE OF COUNSEL**

I hereby certify that on June 30, 2011, of the foregoing **STIPULATION OF DISMISSAL** was served via electronic notice on Jason Skala.

s/ Richard L. Pomeroy